IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Kendrick V. Alston,<br>　　Plaintiff,<br><br>　　　　v.<br><br>Winthrop University Police Department, et. al.,<br>　　Defendants. | Case No. 8:09-1130-RMG-BHH<br><br>**ORDER** |

Before the Court is Plaintiff's motion to reconsider (Dkt. No. 99) in which Plaintiff requests that this Court reconsider or alter its prior decision granting summary judgment in favor of Defendants. (Dkt. No. 96). Plaintiff again only offers the same arguments previously considered by this Court. However, the Court has reviewed the Plaintiff's motion and considered the Record in this matter and declines to change its prior order. Defendants are lawfully entitled to summary judgment. Accordingly, Plaintiff's motion to reconsider is **denied**.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

January ___, 2011
Charleston, South Carolina